IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AMELIA DEDERICK FIGUEROA, et al.   *
                                   *
Plaintiffs                         *       Civil No. 98-1820(SEC)
                                   *
v.                                 *
                                   *
UNITED STATES OF AMERICA           *
                                   *
Defendant                          *
*************************************

## JUDGMENT

Pursuant to the parties' "Stipulation for Compromise Settlement" (**Docket # 7**), and in accordance with Fed. R. Civ. P. 41(a)(2), the above-captioned action is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of August, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)